**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FIRST MERCURY INSURANCE CO.,

    Plaintiff,

vs.                                                      CV No. 12-1057 JAP/CG

MRCO Inc., et al.,

    Defendants.

## ORDER TO FILE JOINT STATUS REPORT

**THIS MATTER** comes before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a joint status report by **August 14, 2016** to advise the Court on the status of this case.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE