### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

FIRST MERCURY INSURANCE CO.,

    Plaintiff,

v.                                                      CV No. 12-1057 JAP/CG

MRCO Inc., et al.,

    Defendants.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on counsel for Defendants BAC Enterprises, Inc., and Bill Satterfield's *Motion to Withdraw*, (Doc. 50), filed July 17, 2019. The Court, having read the Motion and being otherwise fully apprised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Calvert & Menicucci, P.C. and Sean R. Calvert are permitted to withdraw as counsel of record for Defendants BAC Enterprises, Inc. and Bill Satterfield. K. Stephen Royce and Marlow B. Hooper of Cuddy & McCarthy will continue to represent BAC Enterprises, Inc. and Bill Satterfield in this matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE