**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FIRST MERCURY INSURANCE CO.,

    Plaintiff,

v.                                               CV No. 12-1057 JAP/CG

MRCO Inc., et al.,

    Defendants.

## ORDER TO FILE JOINT STATUS REPORT

**THIS MATTER** comes before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a joint status report by **October 16, 2019** to advise the Court on the status of this case.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE