# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FIRST MERCURY INSURANCE COMPANY,

    Plaintiff,

v.                                                        CV No. 12-1057 JAP/CG

MRCO, INC., et al.,

    Defendant.

## ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that the telephonic status conference scheduled for **December 3, 2019, at 2:30 p.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE