**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FIRST MERCURY INSURANCE COMPANY,

       Plaintiff,

v.                                      CV No. 12-1057 JAP/CG

MRCO, INC., et al.,

       Defendant.

**<u>ORDER TO SUBMIT CLOSING DOCUMENTS</u>**

    **THIS MATTER** is before the Court upon notice that this case has settled.

    **IT IS THEREFORE ORDERED** that closing documents are to be filed no later

than **December 27, 2019**, absent a request showing good cause for an extension.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE