**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FIRST MERCURY INSURANCE COMPANY,

        Plaintiff,

v.                                                                      CV No. 12-1057 JAP/CG

MRCO, INC., BAC ENTERPRISES, INC.,
BAC-MRCO JOINT VENTURE, and
BILL SATERFIELD,

        Defendants.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Time to Submit Closing Documents* (the "Motion"), (Doc. 57), filed December 26, 2019. In the Motion, the parties explain that they have reached a complex settlement agreement to resolve this lawsuit and other lawsuits. (Doc. 57 at 1). However, the parties state, "all settlement proceeds may not be received by December 27, 2019," and they therefore request an extension of time until January 13, 2020, to submit closing documents. *Id.* Having reviewed the Motion, and noting it is jointly filed, the Court finds the Motion is well-taken and shall be **GRANTED**.

        **IT IS THEREFORE ORDERED** that Plaintiff shall submit closing documents no later than January 13, 2020.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE