# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FIRST MERCURY INSURANCE COMPANY,

       Plaintiff,

v.                                                        CV No. 12-1057 JAP/CG

MRCO, INC., BAC ENTERPRISES, INC.,
BAC-MRCO JOINT VENTURE, and
BILL SATERFIELD,

       Defendants.

## ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Time for Closing Documents* (the "Motion"), (Doc. 59), filed January 14, 2020. In the Motion, the parties explain they are waiting for payment to be finalized before filing their stipulation of dismissal. (Doc. 59 at 1). The parties therefore request an extension of time until February 3, 2020, to submit closing documents. *Id.* Having reviewed the Motion, and noting it is jointly filed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall submit closing documents no later than February 3, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE